UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Case No. 16-28783

Constantine Diamantidis and Terry Winchester [Non-Filing Spouse],
    Debtor(s)                      Chapter 13 Case

## CERTIFICATION OF NO OBJECTION

Bradley J. Halberstadt, being an attorney for Capital One Auto Finance, a division of Capital One, N.A., states that on October 3, 2016, a copy of the Notice of Motion and Motion for Relief from the Stay and Codebtor Relief from Stay was electronically transmitted or mailed to:

| | | |
|---|---|---|
| Constantine Diamantidis<br>830 Lakeview Court , #101<br>Brookfield, WI  53045 | Terry Winchester [Non-Filing Spouse]<br>830 Lakeview Court , #101<br>Brookfield, WI  53045 | Michael J. Watton<br>700 North Water Street<br>Suite 500<br>Milwaukee, WI  53202 |
| Rebecca R. Garcia<br>Chapter 13 Trustee<br>Chapter 13 Trustee<br>P.O. Box 3170<br>Oshkosh, WI  54903-3170 | United States Trustee<br>517 East Wisconsin Avenue,<br>Suite 430<br>Milwaukee, WI  53202 | Taylor Bentley<br>100 Century Dr Apt 7219<br>Alexandria, VA 22304 |

That pursuant to Local Rule 9014.1 the time for filing an objection has expired and no such objection has been served upon counsel for Movant, and therefore your affiant requests the relief sought in the proposed Order submitted herewith.

-----------------------------------------------------------------------------------------------------------------
And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: <u>October 28, 2016</u>      Signed: <u>/s/ Bradley J. Halberstadt</u>
-----------------------------------------------------------------------------------------------------------------

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Case No. 16-28783

Constantine Diamantidis and Terry Winchester [Non-Filing Spouse],
        Debtor(s)                                      Chapter 13 Case

## UNSWORN DECLARATION

Bradley J. Halberstadt, an agent of Stewart, Zlimen & Jungers, Ltd., being an attorney admitted to practice law in this court, with office address of 2277 Highway 36 West, Suite 100, Roseville, MN 55113, declares that on the date set forth below, I served the annexed **Certification of No Objection and Proposed Order Granting Motion for Relief from Stay and Codebtor Relief from Stay** upon each of the entities named below by electronic transmission or by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid and depositing same in the post office at Roseville, Minnesota addressed to each of them as follows:

------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| Constantine Diamantidis<br>830 Lakeview Court , #101<br>Brookfield, WI 53045 | Terry Winchester [Non-Filing Spouse]<br>830 Lakeview Court , #101<br>Brookfield, WI 53045 | Michael J. Watton<br>700 North Water Street<br>Suite 500<br>Milwaukee, WI 53202 |
| Rebecca R. Garcia<br>Chapter 13 Trustee<br>Chapter 13 Trustee<br>P.O. Box 3170<br>Oshkosh, WI 54903-3170 | United States Trustee<br>517 East Wisconsin Avenue,<br>Suite 430<br>Milwaukee, WI 53202 | Taylor Bentley<br>100 Century Dr Apt 7219<br>Alexandria, VA 22304 |

------------------------------------------------------------------------------------------------------------

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: October 28, 2016        Signed: /s/ Bradley J. Halberstadt

------------------------------------------------------------------------------------------------------------